UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                    **CASE NO.  4:09cv00265 BSM**

**REAL PROPERTY LOCATED AT**                              **DEFENDANT**
**100 DAVIS ROAD, LONOKE, AR 72086**

## DEFAULT JUDGMENT

On this 21st day of September, 2009, it appearing from the United States' motion and declaration in support that the defendant named below:

REAL PROPERTY LOCATED AT
100 DAVIS ROAD, LONOKE, AR 72086

and all persons and entities having interest in the defendant property have failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure.

Now, therefore, judgment is entered for the United States and the property is condemned as forfeited to the United States.  The defendant property shall be turned over to the Internal Revenue Service and disposed of according to law.

As no claim was filed by any party including but not limited to Bobby Craft, Perry Reed, and Nolan Watson, all such parties have waived their right to any ownership interest in said property.

That within thirty (30) days of the decree of forfeiture, Bobby Craft and any other residents shall vacate the property and take all personal items with them.

IT IS SO ORDERED, this 21st day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE