# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                               **4:09cv00265 BSM**

**REAL PROPERTY LOCATED AT**                                **DEFENDANT**
**100 DAVIS ROAD, LONOKE, AR 72086**

## DECREE OF FORFEITURE

On April 7, 2009, a verified complaint of forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America. The complaint alleges that the property is proceeds traceable to a violation of any offense constituting specified unlawful activity in violation of 18 U.S.C. § 1956(c)(7) and 18 U.S.C. § 1961 and is thereby forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C).

It appearing that process was fully issued in this action and returned according to law;

That a *lis pendens* was placed in the property records in Lonoke County, Arkansas on April 10, 2009.

That notice of complaint was served on the property and Bobby Craft on May 21, 2009.

That notice of complaint was served on Perry Reed on May 28, 2009.

That notice of complaint was served on Nolan Watson on June 12, 2009.

Notice of this action was published for thirty consecutive days beginning on April 14, 2009 on www.forfeiture.gov as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

No claims have been filed.

On , September 21, 2009 a default judgment was issued stating the following: "Now, therefore, judgment is entered for the United States of America and the property is condemned as forfeited to the United States of America.. The defendant property shall be turned over to the Internal Revenue Service and disposed of according to law." [Doc. No. 10].

As no claim was filed by any party including but not limited to Bobby Craft, Perry Reed, and Nolan Watson, all such parties have waived their right to any ownership interest in said property.

That within thirty (30) days of the decree of forfeiture, Bobby Craft and any other residents shall vacate the property and take all personal items with them.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

That the defendant property is hereby forfeited to the United States of America.

That Bobby Craft and any other residents shall vacate the property within thirty (30) days and take all personal items with them.

IT IS SO ORDERED this 2nd day of October 2009.

_____
UNITED STATES DISTRICT JUDGE